# Court of Appeals
# of the State of Georgia

ATLANTA,___May 21, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15I0188.  LIMA DELTA COMPANY, et al. v. GLOBAL AEROSPACE, INC.**

Lima Delta Company, Trident Aviation Services, LLC and others (collectively, "the Applicants") seek interlocutory review of the trial court's April 14, 2015 order, denying a motion to apply Delaware law. Although the Applicants sought a certificate of immediate review in accordance with OCGA § 5-6-34 (b), that request was denied. The Applicants nonetheless filed this application for interlocutory appeal requesting that we address the merits in accordance with *Waldrip v. State*, 272 Ga. 572 (532 SE2d 380) (2000).

Generally, an appellate court will not review the discretion vested in the trial court to grant or refuse a certificate of immediate review of interlocutory rulings. *See Scruggs v. Georgia Dept. of Human Resources,* 261 Ga. 587, 588 (1) (408 SE2d 103) (1991); *B & D Fabricators v. D.H. Blair Inv. Banking Corp.*, 220 Ga. App. 373, 375 (3) (469 SE2d 683) (1996). The Supreme Court, however, has crafted an exception to the requirement of a certificate where the actions of the trial court have the effect of precluding appellate review of a substantive issue. *See Waldrip*, *supra* at 575 (1). The ruling is limited to "exceptional cases that involve an issue of great concern, gravity, and importance to the public and no timely opportunity for appellate review." *Id.*

This does not appear to be one of the rare cases in which ignoring the certificate requirement is warranted. Accordingly, the Applicants' failure to comply with the interlocutory appeal procedures of OCGA § 5-6-34 (b) deprives this Court of jurisdiction to consider this application, which is hereby ordered DISMISSED.

Global Aerospace, Inc., the Respondent, has filed a motion for sanctions for the

filing of a frivolous appeal. The motion is hereby DENIED.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,*_____05/21/2015_____

    *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ *, Clerk.*